## 54784. HUTCHINS v. THE STATE.

PER CURIAM.
The defendant was convicted of aggravated assault with a deadly weapon. An examination of the transcript reveals that all the enumerations of error are meritless and require no further consideration or elaboration.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED OCTOBER 31, 1977 — DECIDED NOVEMBER 16, 1977.

*Arrington, Rubin, Winter, Krischer & Goger, S. Richard Rubin, Joseph M. Winter,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.